JANUARY 24, 1944

**No. 5979.**— —*Eurasia Import Co., Inc.* v. *United States.* Entered at New York, N. Y. Reap. Dec. 5964. Motion by plaintiff.

UNITED STATES *v.* RICE-STIX DRY GOODS CO.

**No. 5980.**—Invoice dated Belfast, Ireland, September 4, 1940.
Certified September 5, 1940.
Entered at St. Louis, Mo., October 5, 1940.
Entry No. 289.

(Decided February 9, 1944)

*Paul P. Rao,* Assistant Attorney General (*Samuel D. Spector,* special attorney), for the plaintiff.
*Tompkins & Tompkins* (*J. Stuart Tompkins* of counsel) for the defendant.

KINCHELOE, Judge: This appeal for reappraisment involves the valuation of certain linen cloths and napkins exported from Ireland in September 1940, pursuant to an order accepted by the manufacturer on February 23, 1940.

The record herein establishes that the involved merchandise was made expressly for exportation to the United States and that on September 1, 1940, a new price list was issued by the manufacturer, increasing the prices for the involved items.

The principles stated in the case of *White Lamb Finlay, Inc.* v. *United States,* 29 C. C. P. A. 199, C. A. D. 192, control the situation

presented herein. In that case the court held that the price on the date of exportation should be deemed to be the correct value rather than the price at the time of purchase.

I therefore find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930, to be the proper basis for the determination of the value of the merchandise here involved, and that such values are as follows:

| Style No. | Size | | Sterling | |
|---|---|---|---|---|
| 155 | 72 x 90 | Cloths | 0/21/11 | each |
| 155 | 72 x 108 | do | 0/26/4 | do |
| 155 | 72 x 144 | do | 0/33/4 | do |
| 155 | 22 x 22 | Napkins | 0/21/6 | per dozen |

Less 3½ per centum discount.

Plus Compulsory Government Commodity Insurance 2½ per centum of *per se* unit prices.

Plus case and packing charges as invoiced.

Less cartage to ship as invoiced.

Judgment will be rendered accordingly.